IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STACY BUTTS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RACHEL L. STRICKER and JOHN DOE,<br><br>　　　　Defendants. | CV 20-112-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 22), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 29th day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge